**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK,<br><br>Plaintiff,<br><br>vs.<br><br>CAL COAST FINANCIAL CORP.,<br><br>Defendant. | Case No. 8:23-cv-1458-DMG-ADSx<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FED.R. CIV.P. 41   [38]** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank and Defendant Cal Coast Financial Corporation have agreed to and jointly moved for entry of an order dismissing this case with prejudice.

ORDER

For the aforementioned reasons, this case is DISMISSED with prejudice, each party to bear its/their own costs and attorneys' fees.

**It is SO ORDERED.**

Date: May 2, 2024

_____
Dolly M. Gee
Chief U.S. District Judge